JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
The Curators of the University of Missouri ;
**County of Residence:** Boone County

**Defendant(s):**

First Listed Defendant:
Dr. Ashim Mitra ;
**County of Residence:** Outside This District

Additional Defendants(s):
Ranjana Mitra ;
Mitra Consulting Services, Inc. ;
Auven Therapeutics Management L.L.L.P. ;
A.T. Development Switzerland SARL ;
A.T. Resolve SARL ;
Ocular Technologies SARL ;
Sun Pharmaceutical Industries Ltd. ;
Sun Pharmaceutical Industries Inc. ;
Sun Pharma Global FZE ;
Sun Pharma Switzerland Ltd. ;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Adam P. Seitz ( The Curators of the University of Missouri)
Erise IP, P.A.
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
**Phone:** 913-777-5600
**Fax:** 913-777-5601
**Email:** adam.seitz@eriseip.com

Jason R. Mudd ( The Curators of the University of Missouri)
Erise IP, P.A.
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
**Phone:** 913-777-5600
**Fax:** 913-777-5601
**Email:** jason.mudd@eriseip.com

Michelle L. Marriott ( The Curators of the University of Missouri)
Erise IP, P.A.
7015 College Blvd., Suite 700
Overland Park, Kansas 66211

**Defendant's Attorney(s):**

**Phone:** 913-777-5600
**Fax:** 913-777-5601
**Email:** michelle.marriott@eriseip.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 830 Patent

**Cause of Action:** Correction of Inventorship under 35 U.S.C. 256, Declaration of Ownership, Breach of Contract, Tortious Interference, Fraudulent Misrepresentation, Breach of Duty of Loyalty, Equitable Accounting, Unjust Enrichment

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Adam P. Seitz

**Date:** February 26, 2019

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.