**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| THE CURATORS OF THE UNIVERSITY OF MISSOURI, | |
| Plaintiff, | Civil Action No. 4:19-cv-00143-GAF |
| v. | |
| ASHIM MITRA, et al. | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), The Curators of the University of Missouri (the "University"), Ashim Mitra, Mitra Consulting Services, Inc., Ranjana Mitra, Auven Therapeutics Management L.L.L.P., A.T. Development Switzerland Sàrl, A.T. Resolve Sàrl, Ocular Technologies, Sàrl, Sun Pharmaceutical Industries Ltd., Sun Pharmaceutical Industries, Inc., Sun Pharma Global FZE, and Sun Pharma Switzerland Ltd. (collectively, "Parties" and individually, "Party") hereby stipulate to the dismissal of the action. All claims, defenses or counterclaims that each Party raised or could have raised in this action are dismissed with prejudice without costs and without attorneys' fees.

DATED:  December 28, 2020                     Respectfully Submitted,


By: /s/  *Adam P. Seitz*                              By: /s/  *Kirk T. May*
Adam P. Seitz                                         Kirk T. May
Jason R. Mudd                                         GM Law PC
Michelle L. Marriott                                  1201 Walnut, Suite 2000
Hunter A. Horton                                      Kansas City, MO 64106
ERISE IP, P.A.                                        Telephone: (816) 471-7700
7015 College Blvd., Suite 700                         kirkm@gmlawpc.com
Overland Park, KS 66211
Telephone: (913) 777-5600                             Scott A. Edelman (*pro hac vice*)

1

Fax: (913) 777-5601
adam.seitz@eriseip.com
jason.mudd@eriseip.com
michelle.marriott@eriseip.com
hunter.horton@eriseip.com

*Attorneys for Plaintiff The Curators of the University of Missouri*

Sean L. Hyberg (*pro hac vice*)
Griselda Cabrera (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
sedelman@milbank.com
shyberg@milbank.com
gcabrera@milbank.com

*Attorneys for Defendants Auven Therapeutics Management L.L.L.P., A.T. Development Switzerland SARL, and A.T. Resolve SARL*

By: /s/  Sandra J. Wunderlich
Sandra J. Wunderlich, #39019MO
TUCKER ELLIS LLP
100 South 4th Street, Suite 600
St. Louis, MO 63102
Telephone: (314) 256-2544
Facsimile: (314) 256-2549
sandra.wunderlich@tuckerellis.com

Timothy H. Kratz (*pro hac vice*)
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Telephone: (404) 341-6600
tkratz@kratzandbarry.com

*Attorneys for Defendants Sun Pharmaceutical Industries, Ltd., Sun Pharmaceutical Industries, Inc., Sun Pharma Global FZE, Sun Pharma Switzerland Ltd., and Ocular Technologies, SARL*

By: /s/  Arthur Chaykin
Arthur Chaykin (Mo. Bar No. 42110)
Jon R. Dedon (Mo. Bar No. 62221)
Mit S. Winter (Mo. Bar No. 64411)
KENNYHERTZ PERRY, LLC
2000 Shawnee Mission Pkwy, Suite 210
Mission Woods, KS 66205

2

Telephone: (816) 527-9447
Fax: (855) 844-2914
arthur@kennyhertzperry.com
jon.dedon@kennyhertzperry.com
mit@kennyhertzperry.com

*Attorneys for Defendants Ashim Mitra,*
*Ranjana Mitra, and Mitra Consulting*
*Services, Inc.*

IT IS SO ORDERED.

_____
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:  December           , 2020